**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric B. Hiatt**
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

July 22, 2026

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *M.W. v. DOE,* 26-cv-02207 (PAE)

Dear Judge Engelmayer:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action, which is an appeal of a decision in a proceeding before the New York State Education Department Office of State Review. I write with Plaintiffs in connection with the Court's June 2, 2026 Order (ECF No. 11) setting an Initial Pretrial Conference for July 27, 2026 at 10:00 a.m.

As this appeal will not require any discovery, subject to the Court's approval, the parties are prepared to proceed with summary judgment briefing on the schedule set forth below.

Proposed Summary Judgment Briefing Schedule:

- **Plaintiffs' Motion for Summary Judgment: September 16, 2026**
- **Defendants' Opposition and Cross-Motion for Summary Judgment: October 16, 2026**
- **Plaintiffs' Opposition and Reply: November 16, 2026**
- **Defendants' Reply: December 16, 2026**

The parties respectfully propose that, should the Court enter their proposed briefing schedule, it will not be necessary to hold next Monday's conference. Should the Court wish to proceed with the conference, Defendants respectfully request (with Plaintiffs' consent) an adjournment pursuant to Rule 1 (E) of Your Honor's Individual Rules. I will be out of the office on July 27, and unable to participate in the conference.

This is Defendant's first request for an adjournment of the Initial Pretrial Conference, and the adjournment will not affect any other scheduled dates in this matter.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/

Eric B. Hiatt
Assistant Corporation Counsel

cc: All counsel of record (VIA ECF)

The Court adjourns this conference until September 9, 2026 at 10:30 a.m. This conference shall serve as a pre-motion conference. Accordingly, the Court directs the parties to its Individual Rule 3(L), which requires the moving party, or parties, to submit a letter via ECF setting forth the basis for any anticipated motion. This letter shall be due August 19, 2026. The other party shall respond by August 26, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 22, 2026
New York, New York